O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHIRA KRONFELD, individually, | ) ) ) | Case No. CV 13-08066 DDP (JCx) |
| Plaintiff, | ) ) | **ORDER MODIFYING SCHEDULING ORDER** |
| v. | ) ) | [Dkt. No. 24.] |
| US AIRWAYS, INC., | ) ) | |
| Defendant. | ) ) | |

The parties have stipulated to modify the scheduling order to extend the discovery cut-off date to July 6, 2015, from its current date of May 5, 2015. Because the parties agree that the fact of Plaintiff's residence in Israel has made a medical examination by Defendant's expert difficult, and because the parties assert that they have been diligent in pursuing other discovery but have been unable to contact certain out-of-state witnesses, the Court hereby GRANTS the stipulation and MODIFIES the scheduling order to extend the fact discovery cut-off date to July 6, 2015, subject to the limitations stated in the stipulation.

However, the Court also notes that this is the third time the discovery cut-off has been extended. (See Dkt. Nos. 20-23.) **There will be no further continuances of this deadline.**

IT IS SO ORDERED.

Dated: May 21, 2015

DEAN D. PREGERSON
United States District Judge