Timothy A. Loranger (Bar No. 225422)
tloranger@baumhedlundlaw.com
A. Ilyas Akbari, Esq. (Bar No. 228051)
iakbari@baumhedlundlaw.com
Diane Marger Moore (FL Bar No. 268364) *pro hac vice*
dmoore@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 207-4204

Attorneys for Plaintiff
SHIRA KRONFELD

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRA KRONFELD, individually<br><br>Plaintiff,<br><br>vs.<br><br>US AIRWAYS, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV13-08066 DDP (JCx)<br><br>**Judgment in a Civil Action**<br><br>Hon. Dean D. Pregerson<br><br>Trial Date: December 8, 2015 |

On December 16, 2015, a jury, after a trial presided over by the Honorable Dean D. Pregerson, reached a verdict which is attached hereto as Exhibit A to this judgment.

Pursuant to that verdict, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment shall be entered in favor of plaintiff Shira Kronfeld and against defendant US Airways, Inc. as follows:

      a. Past Economic Damages:      $ 50,000

      b. Future Economic Damages:      $ 75,000

      c. Past Non-Economic Damages:      $ 15,000

      d. <u>Future Non-Economic Damages:  $ 15,000</u>

      Total:      $155,000

2. This judgment shall bear interest at the statutory rate until it is paid; and

3. Plaintiff Shira Kronfeld may file a bill of costs incurred in this action in accordance with Federal Rules of Civil Procedure 54(d).

Date: January 11, 2016

*[signature]*

HON. DEAN D. PREGERSON